OHIO BUREAU OF WORKERS' COMPENSATION, APPELLEE, *v.* ETHERIDGE, APPELLANT.

[Cite as *Ohio Bur. of Workers' Comp. v. Etheridge* (1995), 72 Ohio St.3d 306.]

(No. 93–2432—Submitted April 18, 1995—Decided June 14, 1995.)

---

*Betty D. Montgomery,* Attorney General, *Dennis L. Hufstader* and *Gerald H. Waterman,* Assistant Attorneys General, for appellee.

*Berger & Kirschenbaum Co., L.P.A.,* and *Linda U. Elliott,* for appellant.

*Vorys, Sater, Seymour & Pease, Robin R. Obetz* and *Robert A. Minor,* urging affirmance for *amicus curiae,* Ohio Self–Insurers' Association.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for *amici curiae,* Ohio AFL–CIO and Ohio Academy of Trial Lawyers.

The judgment of the court of appeals is affirmed on the authority of *State ex rel. Sears, Roebuck & Co. v. Indus. Comm.* (1990), 52 Ohio St.3d 144, 556 N.E.2d 467.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.